IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUIS IRIGOYEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:23-CV-0228-D |
| | § | |
| HUDSON HOUSE LAKEWOOD LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The mediator has advised the court that the parties have settled this case.  Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The June 3, 2024 trial setting is vacated, and all unexpired deadlines are stayed.

**SO ORDERED**.

January 25, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE